# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI TUNCBILEK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>　　　　　　Defendants. | Case No. 08cv1795-JM (BLM)<br>A077-599-524<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND**<br><br>Doc. No. 11 |

　　For good cause showing, the court **GRANTS** the parties' Joint Motion to Remand. This case is hereby **REMANDED** to U.S. Citizenship and Immigration Services for adjudication of the naturalization application without unreasonable delay. Plaintiff has leave to amend his Complaint within sixty days of this Order.

　　**IT IS SO ORDERED.**

DATED: February 9, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge